# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOVERAIN IP, LLC,**  *Plaintiff,*  v.  **MICROSOFT CORPORATION**  *Defendant.* | Civil Action No. 2:17-cv-204-RWS-RSP  **LEAD CASE**  **JURY TRIAL DEMANDED** |
| **SOVERAIN IP, LLC,**  *Plaintiff,*  v.  **CENTURYLINK, INC.**  *Defendant.* | Civil Action No. 2:17-cv-289  **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

CAME ON FOR CONSIDERATION, Plaintiff Soverain IP, LLC's ("Soverain" or "Plaintiff") and Defendant CenturyLink, Inc.'s ("CenturyLink") Notice of Stipulated Voluntary Dismissal. Having considered the Notice, the dismissal is hereby GRANTED.

Accordingly, all claims asserted in the matter by Soverain against CenturyLink are DISMISSED WITHOUT PREJUDICE. All attorneys' fees, costs, and expenses shall be borne by the incurring party.

**SIGNED this 29th day of August, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE